No. 92–1612. SOUTHERN PACIFIC TRANSPORTATION CO. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C. Cir.

Certiorari denied. 